```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 31157
   ELIAS K TARAZI
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3965

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/20/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 04/28/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL MORTGAGE C  CURRENT MORTG        .00            .00            .00
REGENCY SAVINGS BANK      CURRENT MORTG        .00            .00            .00
ROUNDUP  FUNDING LLC      UNSECURED        8820.32            .00         882.03
ROUNDUP  FUNDING LLC      UNSECURED        7089.50            .00         708.95
ECAST SETTLEMENT CORP     UNSECURED        9218.83            .00         921.88
CARSON PIRIE SCOTT        UNSECURED         525.37            .00          52.54
ECAST SETTLEMENT CORP     UNSECURED        6936.83            .00         693.68
CHASE CARD SERVICES       UNSECURED        1069.29            .00         106.93
ECAST SETTLEMENT CORP     UNSECURED        6804.98            .00         680.50
HOME DEPOT CREDIT SERVIC  UNSECURED       NOT FILED           .00            .00
KOHLS                     UNSECURED         567.74            .00          56.77
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED           .00            .00
RETAILERS NATIONAL BANK   UNSECURED         262.48            .00          26.25
RPM INC                   UNSECURED       NOT FILED           .00            .00
CITIFINANCIAL MORTGAGE C  SECURED NOT I     552.26            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,905.20                     1,905.20
TOM VAUGHN                TRUSTEE                                         357.49
DEBTOR REFUND             REFUND                                           57.78

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            6,450.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                4,129.53
ADMINISTRATIVE                           1,905.20
TRUSTEE COMPENSATION                       357.49
DEBTOR REFUND                               57.78
                  ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 31157 ELIAS K TARAZI
```

```
TOTALS                              6,450.00              6,450.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```